1  SEYFARTH SHAW LLP
   Andrew C. Crane (SBN 285211)
2  acrane@seyfarth.com
   2029 Century Park East, Suite 3500
3  Los Angeles, California 90071
   Telephone:  (310) 277-7200
4  Facsimile:   (310) 201-5219

5  Attorneys for Defendant
   GUESS, INC.
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MARIA SANTOS, on behalf of herself )   Case No. 2:15-cv-01612-R-PLA
   and all others similarly situated,          )
12                                              )   **JOINT NOTICE OF SETTLEMENT**
                                                )   **PURSUANT TO LOCAL RULE 16-15.7**
13                                              )
              Plaintiff,                        )
14                                              )
       v.                                       )
15                                              )
                                                )
16                                              )
   GUESS, INC.,                                 )
17                                              )
              Defendant.                        )
18                                              )
                                                )
19                                              )
                                                )
20                                              )
                                                )
21                                              )
                                                )
22 _____)

23

24

25

26

27

28

---

JOINT NOTICE OF SETTLEMENT

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 16-15.7, the parties have reached a settlement of the above-entitled action.  The parties will file a Request For Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41 within 45 days of the date of this filing.

Pursuant to Local Rule 5-4.3.4(a)(2)(i ), I, Andrew C. Crane, hereby certify that the content of this document is acceptable to Michael T. Harrison, counsel for Plaintiff, and that Mr. Harrison has provided his authorization to affix his electronic signature to this document.

IT IS SO STIPULATED.

DATED: April 8, 2015            SEYFARTH SHAW LLP


                                By  */s/ Andrew C. Crane*
                                    Andrew C. Crane

                                Attorneys for Defendant
                                GUESS, INC.

DATED: April 8, 2015            THE SANTA CLARITA FIRM


                                By  */s/ Michael T. Harrison*

                                Attorneys for Plaintiff
                                MARIA SANTOS

1

JOINT NOTICE OF SETTLEMENT

19562095v.1